**FILED**

June 11, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NAYELI DE LA ROSA RIVERA,** | § § § | |
| **Petitioner,** | § § | **NO. SA-26-CV-3278-OLG** |
| **v.** | § § § | |
| **SYLVESTER M. ORTEGA** *et al.,* | § § | |
| **Respondents.** | § § | |

## ORDER

Before the Court is Petitioner Maria Nayeli De La Rosa Rivera's Emergency Moton to Enforce Court Order (Dkt. No. 6), to which Respondents filed a response (Dkt. No. 8), and Petitioner filed a reply (Dkt. No. 9).

Petitioner is a citizen of Mexico who entered the United States without inspection in 2007 and was apprehended and detained by immigration authorities for the first time on February 16, 2026. *See* Dkt. Nos. 1 at 4; 4 at 4; 4-1; 4-2. She was then placed in removal proceedings and mandatory detained pursuant to 8 U.S.C. § 1225(b)(2)(A) pending the conclusion of those proceedings. On May 28, 2026, the Court granted Petitioner's request for habeas relief on due-process grounds, requiring Respondents to provide her with a bond hearing to determine whether she poses a danger or flight risk, or otherwise release her under appropriate conditions on or before June 4, 2026, and that Respondents must provide Petitioner's counsel adequate notice of the date and time of the bond hearing. *See* Dkt. No. 5 at 7.

On June 6, 2026, Petitioner filed the instant Motion, wherein she advises that her counsel received notice of the date and time of her bond hearing on June 3, 2026, the very same day the hearing was scheduled. Dkt. No. 6 at 1. In response, Respondents defend the bond hearing on the grounds that Petitioner's counsel received notice of their request for a bond hearing four days

before the hearing. *See* Dkt. No. 8 at 1–2. While that may be so, the Court ordered Respondents to provide Petitioner's counsel adequate notice of the *date* and *time* of the bond hearing—not adequate notice of their *request* for a bond hearing. *See* Dkt. No. 5 at 7.

Upon consideration, the Court finds that the Motion (Dkt. No. 6) should be and hereby is **GRANTED** as follows:

1.    Respondents must release Petitioner Maria Nayeli De La Rosa Rivera from custody under appropriate conditions to a public place on or before **Monday, June 15, 2026**;

2.    Respondents must notify Petitioner's counsel of the exact location and time of Petitioner's release as soon as practicable and **at least two hours before release**; and

3.    Respondents must file a status report no later than **two days thereafter** confirming that Petitioner has been released under appropriate conditions.

It is so **ORDERED**.

SIGNED on June ___11___, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2